FILED

05/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0487

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## NO. DA 19-0487

**MARKUS HENDRIK KAARMA,**

       **Petitioner/Appellant,**

    **-vs-**

**STATE OF MONTANA**

       **Respondent/Appellee.**

---

## Order

---

Appellant Markus Kaarma, through counsel, has filed a motion to leave to file an over-length brief, not to exceed 12,000 words. Counsel for the Appellee does not oppose the motion.

Pursuant to Appellant's motion and good cause appearing,

IT IS ORDERED that Appellant's motion to file an over-length brief is GRANTED. The brief shall contain no more than 12,000 words.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 1 2020